AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 42 U.S.C. § 1983

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kenneth Duran (Bart)
was received by me on *(date)* Dec 17, 2014

☑ I personally served the summons on the individual at *(place)* 300 Lakeside Dr
on *(date)* Dec 17, 2014 ; or  Oakland CA

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: Dec 18, 2014

*Server's signature*

Jacob Crawford
*Printed name and title*

Investigator
558 Capp St, SF 94110
*Server's address*

Additional information regarding attempted service, etc: