RACHEL LEDERMAN (SBN 130192)
Rachel Lederman & Alexsis C. Beach
Attorneys at Law
558 Capp Street
San Francisco, CA  94110
Telephone: 415.282.9300; Fax: 415.285.5066
Email:  rachel@beachledermanlaw.com

Attorneys for Plaintiff Albert James Burleson, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT JAMES BURLESON, JUNIOR,<br><br>Plaintiff,<br><br>v.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (BART); ET AL.<br><br>Defendants. | CASE NO. 3:14-cv-5462 VC<br><br>**STIPULATED REQUEST FOR AN ORDER REASSIGNING SETTLEMENT JUDGE**<br>AND ORDER |

This matter was randomly referred to Magistrate Judge Kandis A. Westmore for settlement on February 26, 2015. The parties had agreed on Magistrate Judge Laurel Beeler for settlement, and intended to so specify in their joint Case Management Conference statement which is due on March 6, 2015, and in the ADR telephone conference currently scheduled for March 9. There have been no settlement proceedings to date.

THEREFORE, the parties jointly request that settlement proceedings in this matter be reassigned to Magistrate Judge Beeler, and any settlement conference scheduled by Judge Westmore prior to the court executing the attached proposed order be vacated. The parties also respectfully request 90 days rather than 60 days to complete the settlement conference, in order to allow enough time for initial basic discovery prior to the settlement conference.

IT IS SO STIPULATED.

Dated: February 27, 2015        /S/
                                RACHEL LEDERMAN
                                Attorney for plaintiff
                                ALBERT JAMES BURLESON, JUNIOR

                                BARBARA J. PARKER, City Attorney
                                /S/
                                DAVID A. PEREDA, Deputy City Attorney
                                Attorney for defendants BRENTON LOWE and FRANK LOWE

                                ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
                                /S/
                                DALE L. ALLEN, JR.
                                Attorneys for defendants SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, OFFICER DARNELL BUSSEY, and BART POLICE CHIEF KENTON RAINEY

STIPULATED REQU. FOR ORDER REASSIGNING SETTLMT JUDGE, and PROPOSED ORDER
*Burleson v. BART, et al.*, Case No. 3:14-cv-5462 VC        2

# [~~PROPOSED~~] ORDER

Pursuant to stipulation, and good cause appearing, the court vacates any settlement conference currently scheduled and refers the matter for a settlement conference wtih Magistrate Judge Beeler within 90 days or on such date as Magistrate Judge Beeler may set.

IT IS SO ORDERED.

Dated: March 2, 2015

_____
Honorable Vince Chhabria
United States District Judge